## SMITH *vs*. THE STATE OF GEORGIA.

Where, on the trial of an indictment for beating and maltreating a horse, the evidence showed that the horse was hired and taken from the stable of one Cooper, in Clarke county, in good order early in the morning, was driven to Mount Pleasant, a distance of about seven miles, thence to other localities designated by name, and finally returned to the stable in the evening, weak and staggering, and with marks of the whip upon him, and there died, but failed to disclose in what county the route pursued in the course of the drive lay, the venue was not sufficiently proved, and a new trial must be granted. 48 *Ga.*, 43 ; 56 *Ib.*, 36 ; 65 *Ib.*, 330, 754.

September 19, 1882.

SPEER, Justice.